KURT E. WILSON, ESQ. (SBN 121163)
BRADLEY D. BOSOMWORTH, ESQ. (SBN 132985)
**SWEENEY, MASON, WILSON & BOSOMWORTH**
A Professional Law Corporation
983 University Avenue, Suite 104C
Los Gatos, CA  95032-7637
Telephone:  (408) 356-3000
Facsimile:  (408) 354-8839
kwilson@smwb.com
bbosomworth@smwb.com

Attorneys for Plaintiff
SILICON VALLEY MICROELECTRONICS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SILICON VALLEY MICROELECTRONICS, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>JIANGXI LDK SOLAR HI-TECH CO., LTD., aka "LDK SOLAR HI-TECH CO., LTD." aka "JIANGXI LDK SOLAR"<br><br>Defendant. | CASE NO.  CV11-02485 PSG<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE AND ORDER THEREON** |

Plaintiff SILICON VALLEY MICROELECTRONICS, INC. and Defendant JIANGXI LDK SOLAR HI-TECH CO., LTD., aka "LDK SOLAR HI-TECH CO., LTD." aka "JIANGXI LDK SOLAR" (collectively referred to herein as the "Parties"), by and through their counsel, do herewith submit this Stipulation for Dismissal (the "Dismissal Stipulation").

WHEREAS, on May 20, 2011, Plaintiff filed the complaint (the "Complaint") in this action against Defendant, the current operative complaint in this action.

///

///

WHEREAS, Plaintiff and Defendant hereby stipulate and agree that the Complaint be dismissed in its entirety with prejudice.

WHEREAS, the undersigned representatives of each party certify that they are fully authorized by the party they represent to agree to the dismissal of this action. The terms of this stipulation shall become effective upon entry and approval of this stipulation by the Court. Each party to bear its own attorneys' fees and costs.

**IT IS SO STIPULATED.**

Dated: November 3, 2011     SWEENEY, MASON, WILSON
                            & BOSOMWORTH

                            By: _____/S/_____
                            KURT E. WILSON, ESQ.,
                            Attorneys for SILICON VALLEY
                            MICROELECTRONICS, INC.

Dated: November 3, 2011     **SIDLEY AUSTIN LLP**

                            By: _____/S/_____
                            ROBERT B. MARTIN III, ESQ.,
                            Attorneys for JIANGXI LDK SOLAR HI-TECH CO., LTD.

Based on the parties' stipulation, **IT IS SO ORDERED** that the Complaint be dismissed with prejudice.

Dated: November 7, 2011     By: [signature] Paul S. Grewal

                            United States District Court

STIPULATION FOR DISMISSAL                                              2